## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

NICHOLAS J. VITEK
STAFF ATTORNEY

June 23, 2008

**Crack Reduction – Status Report**
**Line of Appearance**

The Honorable Benson E. Legg
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re: <u>United States v. Emory C. Jones</u>
          Case No: L 97-0309

Dear Judge Legg,

      Please accept and docket this letter as a status report regarding Mr. Jones's potential eligibility for a motion for reduction in sentence based on Amendment 706 to the Federal Sentencing Guidelines (the "crack" amendment). Mr. Jones's projected release dates is June 7, 2013.

      On May 28, 2008 this Honorable Court appointed the Office of the Federal Public Defender to preliminarily review Mr. Jones's case to determine if he is eligible to seek reduction in sentence. The United States Probation Office has reviewed Mr. Jones's case and believes that he is eligible for a reduced sentence.

      Counsel has preliminarily reviewed the file, but Counsel has not spoken with Mr. Jones, and does not know if Mr. Jones would like this Office to represent him in this matter. My Office sent a letter to Mr. Jones on June 6, 2008. Accordingly, I request additional time to confer with Mr. Jones and report back to the Court.

                                                    Sincerely yours,

                                                    Nicholas J. Vitek
                                                  Staff Attorney

NJV/dcp

cc:  Estelle Santana, USPO
     Barbara Sale, AUSA
     Emory Jones #33224-037

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. L 97-0309 |
| EMORY C. JONES | * |

\* \* \* \* \* \*

### ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this ___ day of _____, 2008, ordered by the United States District Court for the District of Maryland that:

1) Pursuant to the Order of Court dated May 28, 2008 in which the Office of the Federal Defender was appointed to conduct a preliminary review whether the defendant is eligible for relief under the retroactive application of Amendment No. 706, said appointment is hereby extended for the purpose of determining whether the defendant wishes to have counsel appointed in this matter;

2) Within 60 days of the date of this Order, the Federal Public Defender shall file, a supplemental status report, including, if appropriate, a motion for reduction of sentence under 18 U.S.C. § 3582 and Amendment 706.

_____
The Honorable Benson E. Legg
United States District Judge