IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. L 97-0309 |
| EMORY C. JONES | * | |

\* \* \* \* \* \*

### ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 16th day of JULY 2008, ordered by the United States District Court for the District of Maryland that:

1) Pursuant to the Order of Court dated May 28, 2008 in which the Office of the Federal Defender was appointed to conduct a preliminary review whether the defendant is eligible for relief under the retroactive application of Amendment No. 706, said appointment is hereby extended for the purpose of determining whether the defendant wishes to have counsel appointed in this matter;

2) Within 60 days of the date of this Order, the Federal Public Defender shall file, a supplemental status report, including, if appropriate, a motion for reduction of sentence under 18 U.S.C. § 3582 and Amendment 706.

/ s /
_____
The Honorable Benson E. Legg
United States District Judge