**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA                                                                                           NICHOLAS J. VITEK
FEDERAL PUBLIC DEFENDER                                                                         STAFF ATTORNEY

September 15, 2008

**Crack Reduction – Status Report**

The Honorable Benson E. Legg
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re: <u>United States v. Emory C. Jones</u>
       Case No: L 97-0309

Dear Judge Legg,

    Please accept and docket this letter as a status report regarding Mr. Jones's potential eligibility for a motion for reduction in sentence based on Amendment 706 to the Federal Sentencing Guidelines (the "crack" amendment). Mr. Jones's projected release dates is June 7, 2013.

    On May 28, 2008 this Honorable Court appointed the Office of the Federal Public Defender to preliminarily review Mr. Jones's case to determine if he is eligible to seek reduction in sentence. The United States Probation Office has reviewed Mr. Jones's case and believes that he is eligible for a reduced sentence.

    Undersigned counsel has reviewed Mr. Jones's file but I am unable to file a motion for reduced sentence today. Mr. Jones and his family are in contact with Robert Bonsib regarding retaining him for Mr. Jones's 18 U.S.C. 3582(c)(2) motion. My understanding is that a decision on hiring Mr. Bonsib has not been made, but one is expected in the next couple of weeks. Additionally, despite my best efforts to gather all documents necessary for Mr. Jones's motion, I understand from his supporters that there letters of support that have not been forwarded to me. I believe these letters would be helpful to the Court in determining Mr. Jones's motion for a reduced sentence. Consequently, I am requesting additional time so that Mr. Jones's and his family can decide on whether they would like to retain Mr. Bonsib for this matter and so that Mr. Jones's supporters can gather additional documents in support of Mr. Jones's reduced sentence.

    A proposed order is attached.

        Sincerely yours,

        /s/

        Nicholas J. Vitek
        Staff Attorney

NJV/dcp

cc:    Estelle Santana, USPO
       Barbara Sale, AUSA
       Emory Jones #33224-037
       Case File
       Robert C. Bonsib, Esq.
           MarcusBonsib, LLC
           6411 Ivy Lane, Suite 116
           Greenbelt, MD 20770